LISA R. J. PORTER  
JP Law PC  
5200 SW Meadows Rd., Suite 150  
Lake Oswego, OR 97035  
(503) 245-6309  
OSB NO. 025035  
Attorney for Plaintiff

# UNITED STATES DISTRICT COURT
# DISTRICT OF OREGON

| | |
|---|---|
| **Christine Louise Luczkow,**<br>        **Plaintiff,**<br>vs.<br><br>**COMMISSIONER of Social Security,**<br>        **Defendant** / | Civil Action No. 3:18-cv-00480-MC<br><br>ORDER GRANTING AWARD<br>OF EAJA FEES, EXPENSES<br>COSTS |

## ORDER

Based upon the Plaintiff's Petition, the Equal Access to Justice Act (EAJA), 28 U.S.C. § 2412(d)(1)(A) the assignment of EAJA fees to Plaintiff's attorney by Plaintiff, as discussed in Astrue v Ratliff, 130 S. Ct. 2521U.S. (2010), and 28 U.S.C. § 1920 it is hereby ordered that EAJA attorney's fees of **$6,657.17** and expenses **$8.78** and costs of **$13.60**, if not subject to any offset allowed under the U.S. Department of the Treasury's Offset Program as discussed in Ratliff shall be paid to the Plaintiff, and mailed to the attorney's office.

Done this  29th  day of  August , 2019

                                             s/Michael J. McShane  
                                                  Judge

Presented by:

s/Lisa R.J. Porter                               -  
Lisa R.J. Porter, OSB 025035  
Attorney for Plaintiff  
5200 SW Meadows Rd., Suite 150  
Lake Oswego, OR 97035